IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELODY A. RUSSELL, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-12-2983 |
| MEDICAL BUSINESS BUREAU, LLC, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of July 2013, ORDERED that:

1. The Defendant Medical Business Bureau, LLC's Motion to Dismiss the Complaint (ECF No. 8) is GRANTED;

2. Plaintiff Melody A. Russell's claims against Defendant Medical Business Bureau, LLC are DISMISSED WITHOUT PREJUDICE;

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel; and

4. The Clerk of the Court SHALL CLOSE THIS CASE.

                                                                                       /s/_____

                                                                                       Richard D. Bennett
                                                                                       United States District Judge